# Third District Court of Appeal

## State of Florida

Opinion filed July 30, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0922
Lower Tribunal No. F07-26997
_____

**Chance Dawkins,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Chance Dawkins, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LOGUE, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Ramirez v. State</u>, 374 So. 3d 71, 72 (Fla. 3d DCA 2022)

("A motion to correct illegal sentence under rule 3.800(a) is not cognizable

where, as here, the defendant seeks to challenge the validity of the conviction and, only by extension, the 'legality' of the resulting sentence.").